

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2019

No. 04-18-00596-CV

Brown **SIMS,** P.C. and Nelson D. Skyler,
Appellants

v.

**L.W. MATTESON, INC.,** AGCS Marine Insurance Company, and New York Marine and
General Insurance Company,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-18-55
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

Appellants' motion for extension of time to file their reply brief is GRANTED.
Appellants' reply brief is due March 25, 2019. No further extensions will be granted absent
extenuating circumstances.


It is so **ORDERED** on this 6th day of March, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court